**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JEROME D. KINDLE**                                                                            **PLAINTIFF**

**V.**                                                     **CAUSE NO. 3:17-CV-753-CWR-LRA**

**WARDEN CHERN NASH**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was signed and entered on December 27, 2019. Docket No. 21. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the plaintiff's petition is dismissed with prejudice for lack of jurisdiction.

**SO ORDERED**, this the 9th day of June, 2020.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE